# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 40659**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Rhaegan A. MANUEL**
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 6 December 2024

————————————

*Military Judge*: Jacquelyn M. Christilles.

*Sentence*: Sentence adjudged 11 June 2024 by GCM convened at Joint Base San Antonio-Fort Sam Houston, Texas. Sentence entered by military judge on 2 August 2024: Bad-conduct discharge, fine of $20,832.00,[*] and reduction to E-1.

*For Appellant*: Captain Jordan L. Grande, USAF.

Before RICHARDSON, MASON, and KEARLEY, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4**

————————————

[*] The sentence to a fine was accompanied by a provision stating that if the fine was not paid in full within six months after announcement of sentence, Appellant would be confined for four months or until the fine was paid in full. *See* Rule for Courts-Martial 1003(a)(3) (*Manual for Courts-Martial, United States* (2019 ed.)).

PER CURIAM:

As entered, the findings are correct in law, and the sentence is correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C. §§ 859(a), 866(d) (*Manual for Courts-Martial, United States* (2019 ed.)). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court